# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| THOMAS BELANCIO, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 17-CV-01180 |
| | ) |
| KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes now the Plaintiff Thomas Belancio and moves this Court for an order granting summary judgment to the Plaintiff.

In support thereof, Plaintiff files herewith his Memorandum in Support of Motion for Summary Judgment.

Respectfully submitted,

DAVID P. CALVERT, P.A.

s/ David P. Calvert
David P. Calvert (#06628)
David P. Calvert, P.A.
532 N. Market
Wichita, KS 67214
Phone (316) 269-9055
Fax (316) 269-0440
Email lawdpc@swbell.net

1

**CERTIFICATE OF SERVICE**

  The undersigned certifies that on this 20th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Brian M. Vazquez
Health Care Finance Legal Group
Kansas Dept. of Health & Environment Ste. 560, Curtis State Office Bldg.
Topeka, KS 66612
Email: bvazquez@kdheks.gov
*Attorneys for Defendant*

           /s/ David P. Calvert
           *Attorney for Plaintiff*