### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| THOMAS BELANCIO,<br><br>*Plaintiff,*<br><br>vs.<br><br>KANSAS DEPARTMENT OF HEALTH AND ENVIRONMENT.<br><br>*Defendant.* | Case No. 17-CV-1180-EFM |

### ORDER

On September 21, 2018, this Court granted in part Plaintiff's Motion for Summary Judgment on his ADA claim, found Plaintiff entitled to his reasonably attorneys' fees, expenses, and costs as authorized under 42 U.S.C. § 12205, and ordered the parties to confer regarding the proper amount of attorneys' fees, expenses, and costs. Plaintiff's Motion for Summary Judgment, however, addressed only his ADA claim—it did not seek judgment on his Rehabilitation Act claim, although that claim sought the same relief as sought under the ADA. The Court subsequently issued a Show Cause Order to Plaintiff as to why this case should proceed to trial in light of the relief ordered in the September 21, 2018, Order. Plaintiff responded to the Show Cause Order by stating that the parties have reached a settlement which includes dismissal of the Rehabilitation Act claim without prejudice. Plaintiff also filed a response to the Court's order to confer stating that the parties had agreed to the proper amount of attorneys' fees, litigation

expenses, and costs. Plaintiff submitted a proposed order, signed by both parties, indicating that the parties had conferred and reached an agreement regarding attorneys' fees, expenses, and costs in the amount of $74,540.00,[1] and stating that Plaintiff agreed to dismiss his Rehabilitation Act claim.

Since no dispute exists regarding the proper amount of attorneys' fees, expenses, and costs, the Court adopts the parties' joint recommendation as to the amount of fees to be paid. Further, as the parties have agreed to the dismissal of Plaintiff's Rehabilitation Act claim without prejudice, the Court dismisses Plaintiff's Rehabilitation Act claim without prejudice and closes this case.

**IT IS THEREFORE ORDERED** that Defendant shall pay Plaintiff $74,540.00, for attorneys' fees, litigation expenses, and costs.

**IT IS FURTHER ORDERED** that Plaintiff's Rehabilitation Act claim is dismissed without prejudice.

**IT IS SO ORDERED**.

**This case is closed.**

Dated this 26th day of October, 2018.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

---

[1] This represents attorneys' fees of $66,920.00, litigation expenses of $7,190.00, and costs of $430.00.