AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

THOMAS BELANCIO,

Plaintiff,

V.

KANSAS DEPARTMENT OF HEALTH
and ENVIRONMENT, et al

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 17-1180-EFM

☐ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☒ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that pursuant to the Memorandum and Order (Doc. 53) filed on September 21, 2018, and the Order ruling on the Order to Show Cause (Doc. 57), that fees, expenses, and costs will be paid by Defendant to Plaintiff, and Plaintiff's Rehabilitation Act claim is dismissed without prejudice.

IT IS THEREFORE ORDERED there being no further claims this CASE IS DISMISSED.

10/26/2018

*Date*

TIMOTHY M. O'BRIEN

*Clerk*

/s Cindy McKee

*(By) Deputy Clerk*